774 A.2d 1244

IN THE MATTER OF EUGENE M. LAVERGNE,
AN ATTORNEY AT LAW.

June 22, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–026 concluding that **EUGENE M. LaVERGNE** of **ASBURY PARK,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect) in four matters, *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence) in six matters, *RPC* 1.4(a) (failure to communicate) in four matters, *RPC* 1.4(b) (failure to explain matter to the extent necessary for client to make an informed decision) in two matters, *RPC* 1.15(a) (failure to safekeep property), *RPC* 1.15(b) (failure to notify third persons of receipt of property or funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 1.16(d) (failure to surrender papers and property to client) in three matters, *RPC* 8.4(c) (misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **EUGENE M. LaVERGNE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective July 16, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.